# EXHIBIT B

# PAUL D. KAMENAR, ESQ.
## ATTORNEY AT LAW
1629 K Street, N.W., Suite 300
Washington, D.C. 20006
pdkamenar@aol.com
(301) 257-9435

December 14, 2021

<u>Via Facsimile 325-949-6916 and Overnight Delivery</u>

VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921

      Re: Verizon Case #: 21521385
      Docket/ File#: House Subcommittee 11 24 21
      Phone Number: █████████

Dear Sir or Madam,

I represent Ali Alexander, whose telephone account is the name of Ali Akbar, who recently received the attached letter informing him that a subpoena for his phone records associated with the above-referenced number was issued by the Select Committee to Investigate the Attack on the U.S. Capitol.

The letter further informs Mr. Alexander that "unless Verizon receives a court document challenging the subpoena by December 15, 2021, Verizon is compelled to comply with the subpoena."

Please be advised that there is such a court challenge to the subpoena similar in all material respects to the one issued for Mr. Alexander and to approximately 100 other subscribers. The case is *Mark Meadows v. Nancy Pelosi, et al*, No. 21-cv-03217- CJN (D.D.C) (filed December 8, 2021). A copy of the complaint is attached hereto along with the subpoena sent to Verizon seeking Mr. Meadows' phone records.

The lawsuit challenges both the authority of the January 6th committee to issue the subpoena to Verizon as well the legality of Verizon to turn over such phone records under the Stored Communications Act. See Complaint paras 120-134; pp. 31-33. Mr. Alexander agrees with these and other legal arguments in the Complaint, and is considering the possibility of joining in that lawsuit.

Accordingly, since you have now been provided with "a court document challenging the subpoena by December 15, 2021," we trust that you will not turn over Mr. Alexander's records to the January 6th Committee as you stipulated in your letter.

If you have any questions about this matter, please feel free to contact me at via email or my cell phone number 301-257-9435.

Sincerely yours,

Paul D. Kamenar, Esq.

cc: Baron Coleman, Esq.

Attachments:
Verizon Letter to Ali Akbar dated Decemher 2, 2021
Complaint in Meadows v. Pelosi, No. 21-cv-03217
Verizon Letter to Mark Meadows dated December 2, 2021

2