## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ALI ALEXANDER
 aka  Ali Akbar
c/o undersigned counsel

                Plaintiff,

   v.

NANCY PELOSI, in her official
capacity as Speaker of the United States
House of Representatives.
U.S. House of Representatives
Washington, D.C. 20515

BENNIE G. THOMPSON, in his official
capacity as Chair of the Select Committee
to Investigate the January 6th Attack on the
United States Capitol;

ELIZABETH L. CHENEY, in her official
capacity as a member of the United States
House of Representatives;

ADAM B. SCHIFF, in his official
capacity as a member of the United States
House of Representatives;

JAMIE B. RASKIN, in his official
capacity as a member of the United States
House of Representatives;

SUSAN E. LOFGREN, in her official
capacity as a member of the United States
House of Representatives;

ELAINE G. LURIA, in her official
capacity as a member of the United States
House of Representatives;

PETER R. AGUILAR, in his official
capacity as a member of the United States
House of Representatives;

Civil Case No. _____

1

and

STEPHANIE MURPHY, in her official capacity as a member of the United States House of Representatives;

and

ADAM D. KINZINGER, in his official capacity as a member of the United States House of Representatives;

and

SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL;
    and

VERIZON COMMUNICATIONS, INC.
Serve:   General Counsel and Executive Vice President
Craig Silliman
1095 Avenue of the Americas
New York, NY 10036

    and

CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS
Serve:  General Counsel
ATTN: VSAT
1 Verizon Way
Basking Ridge, New Jersey 07920
Corporate Phone Number: 1-908-559-5490

        Defendants

**NOTICE THAT SUMMONS WILL BE FILED AT A LATER TIME**

Plaintiff Ali Alexander, by counsel, respectfully notifies the Clerk that counsel does not intend to immediately serve the Defendants but will seek accommodation and file summons

forms shortly.

Dated:  December 17, 2021                Respectfully submitted,
                                         ALI ALEXANDER, *By undersigned counsel*


                                         */s/Jonathon Moseley*
                                         Jonathan A. Mosely
                                         USDCDC Bar No. VA005
                                         Virginia State Bar No. 41058
                                         Mailing address only:
                                         5765-F Burke Centre Parkway, PMB #337
                                         Burke, Virginia 22015
                                         Telephone:  (703) 656-1230
                                         Facsimile:  (703) 997-0937
                                         Contact@JonMoseley.com
                                         Moseley391@gmail.com


                                         */s/Paul D. Kamenar*
                                         Paul D. Kamenar
                                         D.C. Bar 914200
                                         1629 K Street, N.W. Suite 300
                                         Washington, D.C. 20006
                                         Telephone:  (301) 257-9435
                                         paul.kamenar@gmail.com