**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALI ALEXANDER<br><br>                    Plaintiff,<br>     v.<br><br>NANCY PELOSI, in her official capacity as Speaker of the United States House of Representatives.<br><br>BENNIE G. THOMPSON, in his official capacity as Chair of the Select Committee to Investigate the January 6th Attack on the United States Capitol;<br><br>ELIZABETH L. CHENEY, in her official capacity as a member of the United States House of Representatives;<br><br>ADAM B. SCHIFF, in his official capacity as a member of the United States House of Representatives;<br><br>JAMIE B. RASKIN, in his official capacity as a member of the United States House of Representatives;<br><br>SUSAN E. LOFGREN, in her official capacity as a member of the United States House of Representatives;<br><br>ELAINE G. LURIA, in her official capacity as a member of the United States House of Representatives;<br><br>PETER R. AGUILAR, in his official capacity as a member of the United States House of Representatives;<br><br>        and<br><br>STEPHANIE MURPHY, in her official capacity as a member of the United States House of Representatives; | Civil Case No.<br>   1:21-cv-03308 |

and

ADAM D. KINZINGER, in his official
capacity as a member of the United States
House of Representatives;

and

SELECT COMMITTEE TO
INVESTIGATE THE JANUARY 6TH
ATTACK ON THE UNITED STATES
CAPITOL;

and

VERIZON COMMUNICATIONS, INC.

and

CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS

Defendants

**NOTICE OF PLAINTIFF'S INVOCATION OF RIGHT TO FILE
PRIOR TO SERVICE OF THE COMPLAINT AN
AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
AGAINST UNLAWFUL SUBPOENA FOR PLAINTIFF'S TELEPHONE RECORDS**

Comes Now, Plaintiff Ali Alexander, by counsel, and invokes his right prior to the service of the Complaint upon the Defendants or answer to amend his Complaint pursuant to Rule 15 of the Rules of Civil Procedure.

On the complaint of a journalist, the Clerk complained that the addresses of the parties must appear in the caption of the Complaint.

However, the treatment is not consisted. Attached as Exhibit 1 is the caption of the lawsuit by U.S. Capitol Police officers in the case of *Smith v. Trump*, Civil Case No. 1:21-cv-02265, assigned to the Honorable Amit Mehta.

2

As seen in the attached, the seven, now eight, U.S. Capitol Police officers were allowed to give their address only care of their attorneys, a left-wing activist organization the Lawyers' Committee for Civil Rights Under Law.[1]

Whereas, the U.S. Capitol Police's residential addresses have been protected by this Court, the Clerk, and Judge Mehta in *Smith v. Trump,* Civil Case No. 1:21-cv-03308, the Court has attacked a flurry of lawsuits asserting the cherished constitutional rights of American citizens for reasons not asserted against the usual, normal lawsuits in this Court.

The Clerk is requested to show the same treatment to all plaintiffs regardless of their partisan politics or their popularity inside the beltway.

Dated:  December 23, 2021    Respectfully submitted,
ALI ALEXANDER,
*By undersigned counsel*

<u>/s/Jonathon Moseley</u>
Jonathan A. Mosely
USDCDC Bar No. VA005
Virginia State Bar No. 41058
Mailing address only:
5765-F Burke Centre Parkway, PMB #337
Burke, Virginia 22015
Telephone:  (703) 656-1230
Facsimile:  (703) 997-0937
Contact@JonMoseley.com
Moseley391@gmail.com

---

[1]    https://capitalresearch.org/article/lawyers-committee-for-civil-rights-but-not-equal-rights-under-law/#:~:text=Formed%20in%20the%20midst%20of%20the%20nation%E2%80%99s%20struggle,the%20voting%20rights%20of%20Americans%20of%20every%20race