# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH<br>c/o Lawyers' Committee for Civil Rights Under Law<br>1500 K Street N.W., Suite 900<br>Washington, D.C. 20005,<br><br>DANNY MCELROY<br>c/o Lawyers' Committee for Civil Rights Under Law<br>1500 K Street N.W., Suite 900<br>Washington, D.C. 20005,<br><br>BYRON EVANS<br>c/o Lawyers' Committee for Civil Rights Under Law<br>1500 K Street N.W., Suite 900<br>Washington, D.C. 20005,<br><br>GOVERNOR LATSON<br>c/o Lawyers' Committee for Civil Rights Under Law<br>1500 K Street N.W., Suite 900<br>Washington, D.C. 20005,<br><br>MELISSA MARSHALL<br>c/o Lawyers' Committee for Civil Rights Under Law<br>1500 K Street N.W., Suite 900<br>Washington, D.C. 20005,<br><br>MICHAEL FORTUNE<br>c/o Lawyers' Committee for Civil Rights Under Law<br>1500 K Street N.W., Suite 900<br>Washington, D.C. 20005,<br><br>and JASON DEROCHE<br>c/o Lawyers' Committee for Civil Rights Under Law<br>1500 K Street N.W., Suite 900<br>Washington, D.C. 20005,<br><br>               Plaintiffs, | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

v.

DONALD J. TRUMP
*solely in his personal capacity*
Mar-A-Lago
1100 S. Ocean Boulevard
Palm Beach, FL 33480,

DONALD J. TRUMP FOR PRESIDENT, INC.
c/o Bradley T. Crate (Treasurer)
725 Fifth Avenue
New York, NY 10022,

STOP THE STEAL L.L.C.
c/o George B. Coleman
3 South Jackson Street
Montgomery, AL 36104,

ALI ALEXANDER, a/k/a Ali Abdul Razaq Akbar, a/k/a Ali Abdul Akbar
5125 Pinellas Avenue
Fort Worth, TX 76244,

BRANDON J. STRAKA
1105 Harney Street, Apt 502
Omaha, NE 68102,

ROGER J. STONE, JR.
447 Coral Way
Fort Lauderdale, FL 33301,

PROUD BOYS
an unincorporated association
c/o Enrique Tarrio
5730 NW 2nd Street
Miami, FL 33126,

PROUD BOYS INTERNATIONAL, L.L.C.
c/o Jason L. Van Dyke
108 Durango Drive
Crossroads, TX 76227,

ENRIQUE TARRIO
5730 NW 2nd Street
Miami, FL 33126,

ETHAN NORDEAN
31930 169th Avenue S.E.
Auburn, WA 98092,

JOSEPH R. BIGGS
114 Camino Circle
Ormond Beach, FL 32174,

ZACHARY REHL
3058 Almond Street
Philadelphia, PA 19134,

CHARLES DONOHOE
205 Chrisfield Court
Winston-Salem, NC 27104,

DOMINIC J. PEZZOLA
4039 Lake Avenue
Rochester, NY 14609,

OATH KEEPERS
c/o Christopher R. Grobl, Esq.
4625 West Nevso Drive
Suites 2 & 3
Las Vegas, NV 89103,

STEWART RHODES
9012 Sawgrass Court
Granbury, TX 76049,

THOMAS E. CALDWELL
274 Wadesville Road
Berryville, VA 22611,

JESSICA WATKINS
4868 Stoneybrook Boulevard
Hilliard, OH 43026,

KELLY MEGGS
14100 SW 101st Lane
Dunnellon, FL 34432,

ALAN HOSTETTER
515 Monterey Lane, Apt 4
San Clemente, CA 92672,

RUSSELL TAYLOR
16 Brittle Star Lane
Ladera Ranch, CA 92694,

ERIK SCOTT WARNER
28574 Moon Shadow Drive
Menifee, CA 92584,

FELIPE ANTONIO "TONY" MARTINEZ
217 Laurelwood Court
Lake Elsinore, CA 92530,

DEREK KINNISON
212 Mohr Street
Lake Elsinore, CA 92530,

RONALD MELE
44883 Corte Sierra
Temecula, CA 92592,

and JOHN DOES 1-10,

                Defendants.

# COMPLAINT

1. The seven Plaintiffs in this case are United States Capitol Police officers. Collectively, they have dedicated more than 150 years to their shared mission to protect Congress so that it can carry out its constitutional responsibilities safely and openly. On January 6, 2021, Plaintiffs and their fellow law enforcement officers risked their lives to defend the Capitol from a violent, mass attack—an attack provoked, aided, and joined by Defendants in an unlawful effort to use force, intimidation, and threats to prevent Congress from certifying the results of the 2020 Presidential election. Because of Defendants' unlawful actions, Plaintiffs were violently assaulted,