## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing FIRST AMENDED COMPLAINT OF PLAINTIFFS ALI ALEXANDER, ET AL. with Exhibits A and B, are being served via this Court's Electronic Case Filing System upon all parties of record, and will be served by either e-mail or hard copy and this Certificate on all Defendants.

Date: March 7, 2022

*/s/ Paul D. Kamenar*
Paul D. Kamenar, D.C. Bar #914200
1629 K Street, N.W.; Suite 300
Washington, DC  20006
(301) 257-9435
Paul.kamenar@gmail.com

*Attorney for Plaintiff Alexander and Plaintiff John Doe*