**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing corrected FIRST AMENDED COMPLAINT OF PLAINTIFFS ALI ALEXANDER, ET AL. with Exhibits A and B, are being served via this Court's Electronic Case Filing System upon all parties of record, and will be served by either e-mail or hard copy and this Certificate on all Defendants.

  Date: March 7, 2022

                                    */s/ Paul D. Kamenar*
                                    Paul D. Kamenar, D.C. Bar #914200
                                    1629 K Street, N.W.; Suite 300
                                    Washington, DC  20006
                                    (301) 257-9435
                                    Paul.kamenar@gmail.com

                                    *Attorney for Plaintiff Alexander and*
                                    *Plaintiff John Doe*