IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ALEXANDER, ET AL., | : |
| *Plaintiffs,* | : |
| | :   Civil Action No. 21-cv-03308 (CJN) |
| NANCY PELOSI, ET AL., | : |
| *Defendants.* | : |
| ---------------------------------------- | : |

**AFFIDAVIT OF SERVICE**

I, Paul D. Kamenar, declare as follows:

1. I am over the age of eighteen and am competent to testify as to the matters herein. I am licensed to practice law in the District of Columbia and this Court. I am one of the attorneys representing Plaintiffs Ali Alexander, et al., ("Plaintiffs") in this action. The following is based upon personal knowledge unless otherwise noted.

2. On March 17, 2022, Douglas N. Letter, Esq., counsel for Defendants Nancy Pelosi, the Select Committee to Investigate the January 6th Attack on the United States Capitol, and Congressional Members thereof (collectively the "Congressional Defendants"), agreed to accept service of the First Amended Complaint and Summonses on behalf of the Congressional Defendants by email and I so served copies of same on Mr. Letter via his email

3. On March 17, 2022, Defendants Verizon Communications, Inc. and Cellco Partnership dba Verizon Wireless (Verizon"), through their outside counsel, Reid Figel, Esq., agreed to accept service of the First Amended Complaint and Summonses by email and I so served copies of same on Mr. Figel via his email.

I, Paul D. Kamenar, declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct.

Executed at Chevy Chase, Maryland, March 18, 2022.

*/s/Paul D. Kamenar*
Paul D. Kamenar, Esq,