CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ALI ALEXANDER, ET AL.
    Plaintiff(s)

Civil Action No. 21-CV-03308 (CJN)

vs.

NANCY PELOSI, ET AL.
    Defendant(s)

### AFFIDAVIT OF MAILING

I, Paul D. Kamenar, hereby state that:

On the 22d day of March, 2022, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

## ATTORNEY GENERAL MERRICK B. GARLAND

I have received the receipt for the certified mail, No. 7021 2720 0003 3720 4037 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 25TH day of MARCH, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

APRIL 6, 2022
(Date)

/S/ PAUL D. KAMENAR
(Signature)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MERRICK B. GARLAND
ATTORNEY GENERAL
U.S. DEPT. OF JUSTICE
950 PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20530

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7251 1284 4271 62

2. Article Number
7021 2720 0003 3720 4037

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

MAR 25 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt