CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

ALI ALEXANDER, ET AL.
    Plaintiff(s)

Civil Action No. 21-CV-03308 (CJN)

vs.

NANCY PELOSI, ET AL.
    Defendant(s)

## AFFIDAVIT OF MAILING

I, Paul D. Kamenar, hereby state that:

On the 22d day of March, 2022, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

# U.S. ATTORNEY MATTHEW GRAVES

I have received the receipt for the certified mail, No. 7021 2720 0003 3720 4020 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 25TH day of MARCH, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

APRIL 6, 2022            /S/ PAUL D. KAMENAR

(Date)                                          (Signature)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>US ATTY MATHEW GRAVES<br>U.S. ATTY OFFICE<br>C/O CIVIL PRCSS CLERK<br>555 4TH ST. NW<br>WASHINGTON, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>_[signature]_<br>MAR 25 2022 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 7251 1284 4271 55 | 3. Service Type<br>☐ Adult Signature                    ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery   ☐ Registered Mail™<br>☒ Certified Mail®                      ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery    ☐ Signature Confirmation™<br>☐ Collect on Delivery                  ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number<br>7021 2720 0003 3720 4020 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |