## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ALEXANDER, *et al.*,<br>      *Plaintiffs*,<br><br>   v.<br><br>NANCY PELOSI, *et al.*,<br>      *Defendants*. | Case No. 1:21-CV-03308-CJN |

## NOTICE OF APPEARANCE

I, Douglas N. Letter, hereby enter my appearance as counsel in the above-captioned case for Congressional Defendants the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, and the Select Committee to Investigate the January 6th Attack on the United States Capitol. Please send all future notices in this matter to me.

                  Respectfully submitted,

                  */s/ Douglas N. Letter*
                  Douglas N. Letter (D.C. Bar No. 253492)
                   *General Counsel*
                  Office of General Counsel
                  U.S. House of Representatives[*]
                  5140 O'Neill House Office Building
                  Washington, D.C. 20515
                  (202) 225-9700
                  Douglas.Letter@mail.house.gov
April 7, 2022              *Counsel for Congressional Defendants*

---

[*] Attorneys in the U.S. House of Representatives Office of General Counsel are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571(a).

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2022, I caused the foregoing Notice of Appearance to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

                                                   */s/ Douglas N. Letter*
                                                 Douglas N. Letter