IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ALEXANDER a/k/a Ali Akbar; CHRISTINE TORRE; and JOHN DOE<br>*Plaintiffs*,<br><br>v.<br><br>NANCY PELOSI; BENNIE G. THOMPSON; ELIZABETH L. CHENEY; ADAM B. SCHIFF, JAMIE B. RASKIN; SUSAN E. LOEFGREN; ELAINE G. LURIA; PETER R. AGULIAR; STEPHANIE MURPHY; SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL; VERIZON COMMUNICATIONS, INC.; and CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS<br><br>*Defendants*. | Case No. 1:21-cv-03308 |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
VERIZON COMMUNICATIONS AND CELLCO PARTNERSHIP**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Cellco Partnership d/b/a Verizon Wireless discloses that Verizon Communications Inc. indirectly owns 10% or more of Verizon Wireless.

Verizon Communications Inc. is a publicly held corporation that has no parent company and no publicly held corporation owns 10% more of Verizon Communications Inc.'s stock.

April 7, 2022                                           Respectfully submitted,


                                                        /s/ Reid M. Figel
                                                        Reid M. Figel
                                                        **KELLOGG, HANSEN, TODD,**
                                                          **FIGEL & FREDERICK, P.L.L.C.**
                                                        1615 M Street, N.W., Suite 400
                                                        Washington, D.C. 20036
                                                        Tel: (202) 326-7900
                                                        rfigel@kellogghansen.com

                                                        *Counsel for Defendants Verizon*
                                                        *Communications Inc., and Cellco Partnership*
                                                        *d/b/a Verizon Wireless*