IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ALEXANDER<br><br>                   Plaintiff,<br><br>   v.<br><br>NANCY PELOSI, *et al.*<br><br><br>                   Defendants | Civil Case No.<br>    1:21-cv-03308 |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Comes now the attorney Jonathon A. Moseley as co-counsel for the Plaintiff Ali Alexander and hereby files this notice of withdrawal as counsel from the case pursuant to Local Rule 83.6(b) since Mr. Alexander is represented by attorney Paul D. Kamenar who has entered his appearance in this case.

Dated:  April 8, 2022                  Respectfully submitted,
                                               /s/ Jonathon Moseley
                                               JONATHON MOSELEY, Esq.
                                               USDCDC Bar No. VA005
                                               Virginia State Bar No. 41058
                                               Mailing address only:
                                               5765-F Burke Centre Parkway, PMB #337
                                               Burke, Virginia 22015
                                               Telephone:  (703) 656-1230
                                               Facsimile:  (703) 997-0937
                                               Contact@JonMoseley.com
                                               Moseley391@gmail.com
                                               Withdrawing as counsel for Ali Alexander

/s/ Ai Alexander
ALI ALEXANDER
Plaintiff


Mr. Paul D. Kamenar, Esq.
D.C. Bar 914200
1629 K Street, N.W. Suite 300
Washington, D.C. 20006
Telephone:  (301) 257-9435
paul.kamenar@gmail.com


**CERTIFICATE OF SERVICE**

      I hereby certify that on April 10, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants.  From my review of the PACER / ECF docket records for this case that the following attorneys will receive notice through the ECF system of the U.S. District Court for the District of Columbia.

      Mr. Reid Mason Figel, Esq.
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
202-326-7918
rfigel@kellogghansen.com

Mr. Douglas N. Letter, Esq.
Office of General Counsel
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, DC 20515
202-225-9700
douglas.letter@mail.house.gov

2