**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALI ALEXANDER, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> NANCY PELOSI, *et al.* <br><br> *Defendants*. | No. 1:21-cv-03308-CJN |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Congressional Defendants' Motion to Dismiss, any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that Congressional Defendants' Motion is **GRANTED**;

and it is further

**ORDERED** that Plaintiffs' claims against the Congressional Defendants are **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Dated: _____

THE HONORABLE CARL J. NICHOLS
United States District Judge