IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALI ALEXANDER, *et al.,* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 21-03308 (CJN) |
| NANCY PELOSI, *et al*., | ) ) ) | |
| Defendants. | ) ) | |

**UNOPPOSED MOTION TO EXTEND THE TIME FOR PLAINTIFFS TO FILE AN OPPOSITION TO CONGRESSIONAL DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT TO JUNE 28, 2022**

Plaintiffs Ali Alexander, *et al.*, hereby move this Court pursuant to LCvR 7(b) and Rule 9 of this Court's Standing Order for Civil Cases, for an extension of time until June 28, 2022, within which to filed their Opposition to Congressional Defendants' Motion to Dismiss filed on May 24, 2022 (ECF No. 23), and in support thereof, state as follows:

1. The original due date of Plaintiffs' opposition to the Motion to Dismiss is June 7, 2022.

2. There have been no previous extensions of time requested or granted to any of the Parties.

3. Counsel for the Plaintiffs will be traveling out of town this weekend to the Cleveland Clinic to accompany his wife who is scheduled for major surgery early next week and is not expected to return to the Washington, D.C. area until on or about June 15, 2022.

4. The extension requested will have no effect on existing deadlines.

5. Plaintiffs' counsel communicated this request for an extension of time with Douglas N. Letter, counsel for the Congressional Defendants, pursuant to LCvR7(m), who has expressed his consent to this motion on behalf of his clients.

WHEREFORE, Plaintiffs request that for good cause shown, the time to file their opposition to Congressional Defendants' Motion to Dismiss be extended from June 7, 2022 to June 28, 2022.

Dated: May 27, 2022                    Respectfully submitted,

*/s/ Paul D. Kamenar*
Paul D. Kamenar, D.C. Bar #914200
1629 K Street, N.W.; Suite 300
Washington, DC  20006
(301) 257-9435
Paul.kamenar@gmail.com

*Attorney for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2022, I caused the foregoing document and Proposed Order to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

Dated: May 27, 2022                    Respectfully submitted,

*/s/ Paul D. Kamenar*
Paul D. Kamenar
*Attorney for Plaintiffs*