IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ALEXANDER, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 21-03308 (CJN) |
| ) | |
| NANCY PELOSI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Unopposed Motion for an Extension of Time until Jun 28, 2022, within which to file their Opposition to Congressional Defendants' Motion to Dismiss, and for good cause shown, it is hereby

**ORDERED** that the Plaintiffs' Motion is **GRANTED**;

and it is further

**ORDERED** that Plaintiff's Opposition to Congressional Defendants' Motion to Dismiss is due on June 28, 2022.

**SO ORDERED.**


Dated: _____
THE HONORABLE CARL J. NICHOLS
United States District Judge