# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALI ALEXANDER, *et al.*

      *Plaintiffs*,

v.

NANCY PELOSI, *et al.*

      *Defendants*.

No. 1:21-cv-03308-CJN

## DECLARATION OF CHRISTINE TORRE

1. I am a co-plaintiff in the above-captioned case, which I joined after receiving notice from Verizon that the January 6 Committee has subpoenaed my phone records and that they would be turned over to the Committee unless I filed a lawsuit challenging the subpoena.

2. I have a Verizon family plan that includes my husband, my daughter, and one of my three sons.

3. It is true that Benjamin Torre is one my sons as the Congressional Defendants were able to determine from finding a 14-year old news article reporting that Benjamin, then 10-years old, and his 12-year old brother, bravely rescued a swimmer in danger, putting their own lives at risk. I was not able to open the link to the 2008 story provided by the Congressional Defendants in their brief but was able to obtain one that I could open for the court's convenience: https://www.forsythnews.com/local/quick-reaction-earns-praise-for-vacationing-brothers/ In addition, for their bravery, they each received an Honor Medal with Crossed Palms, the Boy Scouts highest award for bravery. *Boys Life* at 44 (March 2010). See attached.

4. However, Benjamin is not on my family plan, as the Congressional Defendants suggest, nor was he during the time-period in question and a couple years before that.

5. Instead, he has his own plan with Verizon and his phone was seized by the FBI upon his arrest for entering the Capitol Building and is still in their possession

6. If the January 6th Committee were truly interested in communications from and to Benjamin's cell phone because of his non-violent activities on January 6th, it could have easily subpoenaed his phone records but chose not to.

7. Instead, the Committee is seeking my phone records and those of my husband, my daughter, and another son only because of my attendance at the Ellipse rally on January 6 and for peacefully exercising our fundamental First Amendment rights of free speech, association, and petitioning the government for redress of grievances and/or my relationship with my son Benjamin.

8. Those phone records contain phone numbers of parents and others who I communicate with in the course of my educational profession as well as personal contacts. They also contain the time and location of the city where the call was made from, the city of the recipient and other data. Other family members on my plan also contain personal and business phone contacts that have nothing to do with January 6 events.

9. I find these subpoenas to be highly intrusive, overbroad, and a violation of my First Amendment rights with no legitimate legislative interest in either investigating the causes of the Capitol breach or fashioning a legislative remedy.

10. If this subpoena is upheld, then the phone records of anyone who peacefully attended the January 6th rally or even knew someone who did or was arrested, would be subject to intrusive searches for their phone records, including those on their family plans, and with no assurance that those records will be kept secret or destroyed. Rather, they would be used by investigators to

determine the identify of persons whose number is on the phone record and to make intrusive inquiries that violate my rights of association.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that all of my above statements are true and correct to the best of my knowledge and belief.

Date: June 27, 2022

_____
CHRISTINE TORRE

