# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALI ALEXANDER, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 21-03308 (CJN) |
| NANCY PELOSI, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## [PROPOSED] ORDER

UPON CONSIDERATION of Congressional Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, Plaintiffs' Memorandum in Opposition thereto, any Reply Memorandum, and the Record herein, it is hereby

**ORDERED** that the Congressional Defendants' Motion to Dismiss Plaintiffs' Amended Complaint is **DENIED**

.

**SO ORDERED.**

Dated: _____
THE HONORABLE CARL J. NICHOLS
United States District Judge