#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

ALI ALEXANDER et al.,

                *Plaintiffs*,

v.

NANCY PELOSI et al.,

                *Defendants*.

Case No. 1:21-CV-03308-CJN

**CONGRESSIONAL DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND**

Pursuant to Local Rule 7 and the Court's Standing Order for Civil Cases (ECF 20), the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, and the Select Committee to Investigate the January 6th Attack on the United States Capitol (collectively, "Congressional Defendants") respectfully move for a seven-day extension of time until July 12, 2022, to reply to Plaintiffs' Opposition to Congressional Defendants' Motion to Dismiss (ECF 25).

Pursuant to Local Rule 7(d), Congressional Defendants' reply brief is currently due on July 5, 2022.

Plaintiffs requested (with Congressional Defendants' consent) and were granted a three-week extension of time to file their opposition to Congressional Defendants' motion. *See* Mot. for Extension, May 27, 2022 (ECF 24); Minute Order, June 1, 2022.

Congressional Defendants request an extension due to the July 4 holiday and the press of other work within the Office of General Counsel, including two other briefs due on July 5, 2022. The House Office of General Counsel is responsible for handling the general legal and litigation needs of the entire House community, which consists of 435 Members, more than twenty Committees, leadership offices, House Officers, officials, and support offices employing thousands of staffers and employees. In addition to representing numerous Members of the House community in active litigation—including a steady stream of litigation nationwide related to the events of January 6, 2021—the Office of General Counsel provides sensitive legal advice to the House community on a host of pressing issues.

The proposed extension will have no effect on existing deadlines.

Pursuant to Local Rule 7(m), undersigned counsel for Congressional Defendants conferred with Plaintiffs' counsel about the proposed extension of time via email at 12:25 PM today. As of 10:00 PM, Congressional Defendants have not received a response. For the Court's convenience with the holiday weekend approaching, Congressional Defendants are filing this extension now rather than waiting longer for a response.

A proposed order is attached.

              Respectfully submitted,

              */s/ Douglas N. Letter*
                DOUGLAS N. LETTER (D.C. Bar No. 253492)
                *General Counsel*
              OFFICE OF GENERAL COUNSEL
              U.S. HOUSE OF REPRESENTATIVES
              5140 O'Neill House Office Building
              Washington, D.C. 20515
              Telephone: (202) 225-9700
              Douglas.Letter@mail.house.gov

              *Counsel for Congressional Defendants*

June 30, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter