# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ALEXANDER et al., *Plaintiffs*, v. NANCY PELOSI et al., *Defendants*. | Case No. 1:21-CV-03308-CJN |

### [PROPOSED] ORDER GRANTING CONGRESSIONAL DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND

It is ORDERED that the motion of the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, and the Select Committee to Investigate the January 6th Attack on the United States Capitol (collectively, "Congressional Defendants") for a seven-day extension to reply to Plaintiffs' Opposition is GRANTED.

Congressional Defendants' deadline to reply is extended to July 12, 2022.

It is so ORDERED.

Dated: _____

_____
The Honorable Carl J. Nichols
U.S. DISTRICT JUDGE