IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ALEXANDER, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> NANCY PELOSI, *et al*., <br><br> Defendants. | Civil Action No. 21-03308 (CJN) |

**PLAINTIFFS' CONSENT TO CONGRESSIONAL DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND**

Plaintiffs Ali Alexander, *et al.*, consent to the Congressional Defendants' Motion to Extend Time to Respond (ECF 26) to July 12, 2022.

Dated: July 1, 2022

Respectfully submitted,

*/s/ Paul D. Kamenar*
Paul D. Kamenar, D.C. Bar #914200
1629 K Street, N.W.; Suite 300
Washington, DC  20006
(301) 257-9435
Paul.kamenar@gmail.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2022, I caused the foregoing document and Proposed Order to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

Respectfully submitted,

*/s/ Paul D. Kamenar*