IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALI ALEXANDER, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 21-03308 (CJN) |
| ) | |
| NANCY PELOSI, *et al*., ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order of November 30, 2022, that the parties meet and confer and file a Joint Status Report by December 14, 2022 regarding "next steps in this matter," counsel for the parties hereby notify the Court that counsel for the Congressional Defendants notified counsel for the plaintiffs via email on December 12, 2022, that the Select Committee will soon be withdrawing the subpoenas to Verizon for plaintiffs' phone records.

Accordingly, once plaintiffs receive the letters from the Select Committee withdrawing the subpoenas, the plaintiffs will move to dismiss their complaint shortly thereafter against both the Congressional Defendants and Verizon Defendants.

December 14, 2022

Respectfully submitted,

*/s/ Paul D. Kamenar*
Paul D. Kamenar, D.C. Bar #914200
1629 K Street, N.W.; Suite 300
Washington, DC  20006
(301) 257-9435
Paul.kamenar@gmail.com

*Attorney for Plaintiffs*

*/s/ Douglas N. Letter*
DOUGLAS N. LETTER
General Counsel
TODD B. TATELMAN
Principal Deputy General Counsel
ERIC R. COLUMBUS
Special Litigation Counsel
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov


*/s/ Reid M. Figel*
Reid M. Figel
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
rfigel@kelloghansen.com
Counsel for Defendants Verizon
Communications Inc., and Cellco Partnership
d/b/a Verizon Wireless

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

Dated: December 14, 2022                    Respectfully submitted,

*/s/ Paul D. Kamenar*
Paul D. Kamenar
*Attorney for Plaintiffs*