IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ALEXANDER, *et al.,* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 21-03308 (CJN)<br>) |
| NANCY PELOSI, *et al*., | )<br>) |
| Defendants. | )<br>) |

**MOTION TO DISMISS COMPLAINT**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Ali Alexander and John Doe, through their undersigned counsel, hereby move to dismiss their complaint against all defendants inasmuch as the Chairman of the Select Committee has issued a letter dated December 14, 2022, to the Verizon defendants withdrawing the Committee's subpoenas for plaintiffs' phone records, and further stating that it "will not attempt to obtain in the future any covered documents or information." A copy of that letter was emailed by the Congressional Defendants to plaintiffs' counsel on December 16, 2022. Consequently, this case is moot. Accordingly, plaintiffs hereby move to dismiss their complaint against both the Congressional Defendants and Verizon Defendants.

December 19, 2022

Respectfully submitted,

*/s/ Paul D. Kamenar*
Paul D. Kamenar, D.C. Bar #914200
1629 K Street, N.W.; Suite 300
Washington, DC  20006
(301) 257-9435
Paul.kamenar@gmail.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2022, I caused the foregoing Motion to Dismiss Complaint to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

Dated: December 19, 2022            Respectfully submitted,

                                        */s/ Paul D. Kamenar*
                                        Paul D. Kamenar
                                        *Attorney for Plaintiffs*