IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI ALEXANDER, *et al.,* | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 21-03308 (CJN) |
| NANCY PELOSI, *et al.*, | ) |
| Defendants. | ) |

**[PROPOSED] O R D E R**

Upon consideration of Plaintiffs' Motion to Dismiss their Complaint against all Defendants under Fed. R. Civ. Proc. 41(a)(2) because Defendant Select Committee has withdrawn its subpoena to Verizon for plaintiffs' phone records and thus, the case is now moot, it is hereby

ORDERED, that Plaintiffs' motion to dismiss the Complaint is granted.

Date: _____                    _____
                                     CARL J. NICHOLS
                                     United States District Judge